# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM ALLEN SCOTT,
          Appellant,

vs.

THE STATE OF NEVADA,
          Respondent.

No. 72636

FILED

JUN 05 2017



## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a pretrial petition and supplemental petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

Because an order denying a pretrial petition and supplemental petition for a writ of habeas corpus is an intermediate order, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction. In a timely response, appellant concedes that the appeal should be dismissed for lack of jurisdiction. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

Supreme Court
OF
Nevada

(O) 1947A

17-18542

cc: Hon. James Todd Russell, District Judge
State Public Defender/Carson City
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk
William Allen Scott